1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | 1:10-CV-01013-LJO-GSA |
| 12 | Plaintiff, ) | **APPLICATION AND ORDER FOR PUBLICATION** |
| 13 | v. ) | |
| 14 | REAL PROPERTY LOCATED AT 2421 ) CAROLYN LANE, KINGSBURG, ) | |
| 15 | CALIFORNIA, FRESNO COUNTY, ) APN: 394-203-25, INCLUDING ALL ) | |
| 16 | APPURTENANCES AND ) IMPROVEMENTS THERETO, ) | |
| 17 | ) | |
| 18 | REAL PROPERTY LOCATED AT 2639 W. ) FAIRMONT AVENUE, #204, FRESNO, ) CALIFORNIA, FRESNO COUNTY, ) | |
| 19 | APN: 424-222-24, INCLUDING ALL ) APPURTENANCES AND ) | |
| 20 | IMPROVEMENTS THERETO, ) | |
| 21 | REAL PROPERTY LOCATED AT 4136 N. ) THESTA STREET #5, FRESNO, ) | |
| 22 | CALIFORNIA, FRESNO COUNTY, APN: ) 436-350-06, INCLUDING ALL ) | |
| 23 | APPURTENANCES AND ) IMPROVEMENTS THERETO, and ) | |
| 24 | ) | |
| 25 | REAL PROPERTY LOCATED AT 2131 S. ) VAN NESS AVENUE, FRESNO, ) CALIFORNIA, FRESNO COUNTY, ) | |
| 26 | APN: 480-132-24-01, INCLUDING ALL ) APPURTENANCES AND ) | |
| 27 | IMPROVEMENTS THERETO, ) | |
| 28 | Defendants. ) | |

APPLICATION AND ORDER FOR PUBLICATION

1  The United States of America, Plaintiff herein, applies for an order of publication as follows:

2  1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation or on the official internet government forfeiture site;

2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

3. The above-captioned defendant real properties are located in the cities of Kingsburg and Fresno, in Fresno County, California;

4. Plaintiff proposes that publication be made as follows:
    a. One publication;
    b. Thirty (30) consecutive days;
    c. On the official internet government forfeiture site www.forfeiture.gov;
    d. The publication is to include the following:
        (1) The Court and case number of the action;
        (2) The date of posting of the real property;
        (3) The identity and/or description of the real property posted;
        (4) The name and address of the attorney for the Plaintiff;
        (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

///
///
///
///
///
///

1           (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: June 3, 2010                       BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Deanna L. Martinez
                                          DEANNA L. MARTINEZ
                                          Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated: June 9, 2010**                    /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE