1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              ) 1:10-CV-01013-LJO-GSA
                                            )
12 |             Plaintiff,                 ) **STIPULATION TO STAY CASE AND TO**
                                            ) **VACATE SCHEDULING CONFERENCE;**
13 |      v.                                ) **ORDER THEREON**
                                            )
14 | REAL PROPERTY LOCATED AT 2421          )
     CAROLYN LANE, KINGSBURG,               )
15 | CALIFORNIA, FRESNO COUNTY,             )
     APN: 394-203-25, INCLUDING ALL         )
16 | APPURTENANCES AND                      )
     IMPROVEMENTS THERETO,                  )
17                                          )
     REAL PROPERTY LOCATED AT 2639 W.       )
18 | FAIRMONT AVENUE, #204, FRESNO,         )
     CALIFORNIA, FRESNO COUNTY,             )
19 | APN: 424-222-24, INCLUDING ALL         )
     APPURTENANCES AND                      )
20 | IMPROVEMENTS THERETO,                  )
                                            )
21 | REAL PROPERTY LOCATED AT 4136 N.       )
     THESTA STREET #5, FRESNO,              )
22 | CALIFORNIA, FRESNO COUNTY,             )
     APN: 436-350-06, INCLUDING ALL         )
23 | APPURTENANCES AND                      )
     IMPROVEMENTS THERETO, and              )
24                                          )
     REAL PROPERTY LOCATED AT 2131 S.       )
25 | VAN NESS AVENUE, FRESNO,               )
     CALIFORNIA, FRESNO COUNTY,             )
26 | APN: 480-132-24-01, INCLUDING ALL      )
     APPURTENANCES AND                      )
27 | IMPROVEMENTS THERETO,                  )
                                            )
28 |             Defendants.                )
     _____    )

1    IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and
2 Potential Claimants Edwan Dablan and Horieh Jordana Khalid Dablan as follows:
3    1.    Potential Claimant Edwan Dablan is presently facing federal criminal charges in the
4 Eastern District of California, *United States v. Edwan Dablan, et al.*, 1:10-CR-00173-AWI, allegedly
5 relating to transactions or events which form the basis for this civil forfeiture action.
6    2.    The parties recognize that proceeding with this action has potential adverse affects
7 on the prosecution of the related criminal case and/or upon Potential Claimant Edwan Dablan's right
8 against self-incrimination in the related federal criminal case.
9    3.    Publication of the civil forfeiture action is pending and to date neither Edwan Dablan,
10 Horieh Jordana Khalid Dablan, nor any other potential claimants have filed claims, answers, or
11 otherwise appeared in this action.
12    THEREFORE, the parties to this action stipulate and request as follows:
13    1.    Pursuant to 18 U.S.C. § 981(g), this action be stayed pending the conclusion of the
14 federal criminal action presently pending against Edwan Dablan in the Eastern District of California;
15    2.    The Scheduling Conference in the civil case scheduled for September 8, 2010, at 9:30
16 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin be vacated; and,
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

3. The parties are to promptly notify the Court when the criminal case resolves.

Dated: July 6, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Deanna L. Martinez
DEANNA L. MARTINEZ
Assistant United States Attorney

Dated: July 1, 2010

/s/ Daniel A. Bacon
DANIEL A. BACON
Attorney for Potential Claimants
Edwan Dablan and Horieh Jordana Khalid Dablan
(Original signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

Dated:   **July 12, 2010**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO STAY CASE AND TO VACATE
SCHEDULING CONFERENCE; ORDER THEREON          3